IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:08-CV-15 |
| | § | |
| PIER 1 IMPORTS, INC., | § | |
| | § | |
| Defendant. | § | |

# JURY VERDICT FORM

### Question No. 1

Do you find that Alexsam proved, *by a preponderance of the evidence*, that Pier 1 infringes the following patent claims?

Answer "Yes" (for Alexsam) or "No" (for Pier 1) as to each claim:

'608 patent

    Claim 34    NO

    Claim 36    No

    Claim 37    No

    Claim 60    No

'787 patent

    Claim 1    No

Please proceed to Question No. 2.

**Question No. 2**

Do you find that Pier 1 proved, *__by clear and convincing evidence__*, that the following claims of the '608 or '787 patents are invalid?

If you find the claims invalid, answer "Yes" (for Pier 1), otherwise, answer "No" (for Alexsam). Answer for all the claims regardless of whether you have found those claims infringed.

'608 patent
- Claim 34    NO
- Claim 36    NO
- Claim 37    NO
- Claim 60    NO

'787 patent
- Claim 1     NO

Please proceed to Question No. 3 *__IF AND ONLY IF__* you have found at least one claim of the '608 or '787 patents is infringed and that the infringed claim is valid. Otherwise, do not answer Question No. 3. The jury foreperson should instead initial and date this verdict.

**Question No. 3**

Answer this question *IF AND ONLY IF* you have found at least one claim both infringed and valid.

What sum of money, if any, do you find Alexsam proved *by a preponderance of the evidence*, if paid now in cash, would fairly and reasonably compensate Alexsam as a reasonable royalty for any infringement by Pier 1 of a valid claim through the time of trial?

Answer in dollars and cents.

Answer: $ 0

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.



10-24-11
DATE

_____
FOREPERSON INITIAL