# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| v. | § | Case No. 2:08-cv-15 |
| | § | |
| PIER 1 IMPORTS, INC. | § | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, the Court enters the following judgment.

A jury trial was held in the above styled case from October 17, 2011 to October 24, 2011. At the start of trial, the parties stipulated that Plaintiff Alexsam, Inc. (Alexsam) dismisses with prejudice claims 1, 50, 52, 57, 58, 62, and 65 of U.S. Patent No. 6,000,608 (the '608 patent) and claim 19 of U.S. Patent No. 6,289,787 (the '787 patent) as to Defendant Pier 1 Imports, Inc. (Pier 1).

The jury reached its verdict on October 24, 2011. *See* Jury Verdict Form, Doc. No. 258. The jury found that Pier 1 did not infringe claims 34, 36, 37, and 60 of the '608 patent or claim 1 of the '787 patent. The jury also did not find that claims 34, 36, 37, and 60 of the '608 patent or claim 1 of the '787 patent are invalid.

In accordance with the jury's verdict, it is **ORDERED, ADJUDGED, and DECREED** that Pier 1 does not infringe claims 34, 36, 37, and 60 of the '608 patent or claim 1 of the '787 patent. Additionally, claims 34, 36, 37, and 60 of the '608 patent and claim 1 of the '787 patent are not invalid. Therefore, Alexsam takes nothing by way of its patent infringement claims, and those claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED, and DECREED** that Pier 1 is the prevailing party in this litigation, and the Court awards costs to Pier 1 as the prevailing party.

It is additionally **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 20th day of March, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE