# EXHIBIT 2

## MERRILL CORPORATION

LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14129889 | 08/12/2011 | 1401-190369 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/22/2011 | CONNCA | 2:08-CV-15 |

Bob Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

| CASE CAPTION |
|---|
| Aexsam vs. Pier 1 Imports |
| TERMS |
| Immediate, sold FOB Merrill facility |

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Scott McArthur                          172 Pages @       3.90/Page       670.80
        TotalTranscript                                                       40.00
        TotalTranscript Archive                                                7.50
        TotalTranscript Exhibits         177.00 Pages @       .40/Page        70.80
        Process/Delivery NL                                                   15.00

                                         TOTAL    DUE   >>>>                 804.10
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382                                              (202) 682-3626

*Please detach bottom portion and return with payment.*

Bob Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

Invoice No.: 14129889
Date       : 08/12/2011
**TOTAL DUE :    804.10**

Job No.   : 1401-190369
Case No.  : 2:08-CV-15
Aexsam vs. Pier 1 Imports

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

**MERRILL CORPORATION**

LegaLink, Inc.    311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14131348 | 09/21/2011 | 1405-190933 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/10/2011 | LDC | 2:08-CV-15 |

| CASE CAPTION |
|---|
| Aexsam vs. Pier 1 Imports |
| TERMS |
| Immediate, sold FOB Merrill facility |

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Michael Hasty                        178 Pages @     3.00/Page     534.00
        Unedited ASCII (RT)              148.00 Pages @  1.50/Page     222.00
        TotalTranscript                                                 40.00
        TotalTranscript Archive                                          7.50
        TotalTranscript Exhibits         409.00 Pages @   .40/Page     163.60
        Process/Delivery NL                                             15.00

                                         TOTAL   DUE   >>>>            982.10
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Washington DC

TAX ID NO.: 20-2665382                                        (202) 682-3626

*Please detach bottom portion and return with payment.*

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

Invoice No.: 14131348
Date       : 09/21/2011
**TOTAL DUE** :    982.10

Job No.  : 1405-190933
Case No. : 2:08-CV-15
Aexsam vs. Pier 1 Imports

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

**MERRILL CORPORATION**
LegaLink, Inc.

911 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14130052 | 08/17/2011 | 1405-190931 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/10/2011 | LDC | 2:08-CV-15 |
| CASE CAPTION |||
| Aexsam vs. Pier 1 Imports |||
| TERMS |||
| Immediate, sold FOB Merrill facility |||

Jason Hoffman
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
Mark Willis

| | | | |
|---|---|---|---|
| Unedited ASCII (RT) | | | |
| TotalTranscript | 280 Pages @ | 3.00/Page | 840.00 |
| TotalTranscript Archive | 236.00 Pages @ | 1.50/Page | 354.00 |
| TotalTranscript Exhibits | | | 40.00 |
| Process/Delivery NL | 641.00 Pages @ | .40/Page | 7.50 |
| | | | 256.40 |
| | | | 15.00 |

TOTAL DUE >>>> 1,512.90

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Washington DC

TAX ID NO.: 20-2665382

Please detach bottom portion and return with payment.    (202) 682-3626

Jason Hoffman
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

Invoice No.: 14130052
Date       : 08/17/2011
**TOTAL DUE** : 1,512.90

Job No.  : 1405-190931
Case No. : 2:08-CV-15
Aexsam vs. Pier 1 Imports

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

# MERRILL CORPORATION

LegaLink, Inc.  
311 South Wacker Drive  
Suite 300  
Chicago, IL 60606  
Phone: 312.386.2000  
Fax: 312.386.2275

Bob Sigler  
Kaye Scholer  
901 Fifteenth Street NW  
Washington, DC 20005

SEP 1 2 2011  
KAYE SCHOLER, LLP

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14130380 | 08/25/2011 | 1405-190935 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/12/2011 | LDC | 2:08-CV-15 |
| CASE CAPTION | | |
| Aexsam vs. Pier 1 Imports | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Lisa VanAmburgh              220 Pages @     3.00/Page        660.00
        Unedited ASCII (RT)   187.00 Pages @     1.50/Page        280.50
        TotalTranscript                                            40.00
        TotalTranscript Archive                                     7.50
        TotalTranscript Exhibits  517.00 Pages @    .40/Page      206.80
        Process/Delivery NL                                        15.00

                                    TOTAL   DUE  >>>>           1,209.80
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Washington DC

TAX ID NO.: 20-2665382

(202) 682-3626

*Please detach bottom portion and return with payment.*

Bob Sigler  
Kaye Scholer  
901 Fifteenth Street NW  
Washington, DC 20005

Invoice No.: 14130380  
Date       : 08/25/2011  
**TOTAL DUE :  1,209.80**

Job No.  : 1405-190935  
Case No. : 2:08-CV-15  
Aexsam vs. Pier 1 Imports

Remit To: LegaLink, Inc.  
PO Box 90473  
Chicago, IL 60696-0473

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45777 | 8/31/2011 | 31426 |
| Job Date | Case No. | |
| 8/16/2011 | Civil Action No. 2:08-CV-00015-CE | |
| Case Name | | |
| Alexsam v. Pier 1 | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Robert Dorf 30(b)(6) | 275.00 | Pages | @ 4.80 | 1,320.00 |
| Exhibit | 439.00 | Pages | @ 0.35 | 153.65 |
| Appearance Fee | 1.00 | Day | @ 100.00 | 100.00 |
| Draft Transcript (ASCII) | 275.00 | Pages | @ 1.50 | 412.50 |
| Processing Fee | 1.00 | | @ 55.00 | 55.00 |
| Discount for Transcript Pages | 275.00 | | @ -0.48 | -132.00 |

TOTAL DUE >>>   $1,909.15
AFTER 9/30/2011 PAY   $2,100.07

Reference No. : 2719
Ordered By    : Jason Hoffman, Esq.
                Kaye Scholer LLP
                The McPherson Building
                901 Fifteenth St. N.W.
                Suite 1100
                Washington, DC 20005-2327

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:         1,909.15

**Tax ID:** 53-0257990      Phone: (202) 682-3500   Fax:(202) 682-3580

*Please detach bottom portion and return with payment.*

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

Job No.      : 31426          BU ID    : DC-Field
Case No.     : Civil Action No. 2:08-CV-00015-CE
Case Name    : Alexsam v. Pier 1

Invoice No.  : 45777          Invoice Date : 8/31/2011
**Total Due** : **$ 1,909.15**

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45781 | 8/31/2011 | 31428 |
| Job Date | Case No. | |
| 8/17/2011 | Civil Action No. 2:08-CV-00015-CE | |
| Case Name | | |
| Alexsam v. Pier 1 | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert Dorf (continued)         129.00 Pages  @   4.80    619.20
      Exhibit                      352.00 Pages  @   0.35    123.20
      Appearance Fee                 1.00 Day    @ 100.00    100.00
      Draft Transcript (ASCII)     129.00 Pages  @   1.50    193.50
      Processing Fee                 1.00        @  55.00     55.00
      Discount for Transcript Pages 129.00       @  -0.48    -61.92

                                    TOTAL DUE >>>        $1,028.98
                                    AFTER 9/30/2011 PAY  $1,131.88

Reference No. : 2721
Ordered By    : Jason Hoffman, Esq.
                Kaye Scholer LLP
                The McPherson Building
                901 Fifteenth St. N.W.
                Suite 1100
                Washington, DC 20005-2327

                                    (-) Payments/Credits:         0.00
                                    (+) Finance Charges/Debits:   0.00
                                    (=) New Balance:          1,028.98

Tax ID: 53-0257990                                    Phone: (202) 682-3500   Fax:(202) 682-3580

*Please detach bottom portion and return with payment.*

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

Job No.     : 31428           BU ID      : DC-Field
Case No.    : Civil Action No. 2:08-CV-00015-CE
Case Name   : Alexsam v. Pier 1

Invoice No. : 45781           Invoice Date : 8/31/2011
Total Due   : $ 1,028.98

Remit To: **Alderson Reporting Company, Inc.
          1155 Connecticut Ave., NW
          Suite 200
          Washington, DC 20036**

PAYMENT WITH CREDIT CARD         AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

**MERRILL CORPORATION**
LegaLink, Inc.  311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14130709 | 09/01/2011 | 1405-191115 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/18/2011 | LDA | 2:08-CV-15 |

| CASE CAPTION |
|---|
| Aexsam vs. Pier 1 Imports |
| TERMS |
| Immediate, sold FOB Merrill facility |

Jeffrey Saltman
Kay Scholer, LLP
The McPherson Building
901 Fifteenth Street, North west
Washington, DC 2005-2327

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Shaune Vaughn                      293 Pages @    5.40/Page    1,582.20
        Unedited ASCII (RT)          248.00 Pages @    1.50/Page      372.00
        TotalTranscript                                                40.00
        TotalTranscript Archive                                         7.50
        TotalTranscript Exhibits     454.00 Pages @     .40/Page      181.60
        Process/Delivery NL Rush                                       15.00

                                         TOTAL    DUE   >>>>        2,198.30
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Dallas TX

TAX ID NO.: 20-2665382    (202) 682-3531

*Please detach bottom portion and return with payment.*

Jeffrey Saltman
Kay Scholer, LLP
The McPherson Building
901 Fifteenth Street, North west
Washington, DC 2005-2327

Invoice No.: 14130709
Date       : 09/01/2011
**TOTAL DUE** : 2,198.30

Job No.    : 1405-191115
Case No.   : 2:08-CV-15
              Aexsam vs. Pier 1 Imports

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473



**MERRILL CORPORATION**

LegaLink, Inc.  311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14130562 | 08/29/2011 | 1405-191059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/18/2011 | LDA | 2:08-CV-15 |

| CASE CAPTION |
|---|
| Aexsam vs. Pier 1 Imports |
| TERMS |
| Immediate, sold FOB Merrill facility |

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Tiffany Barclay                281 Pages @    5.70/Page      1,601.70
        TotalTranscript                                              40.00
        TotalTranscript Archive                                       7.50
        TotalTranscript Exhibits  1056.00 Pages @   .40/Page        422.40
        Process/Delivery NL Rush                                     15.00

                              TOTAL   DUE  >>>>                   2,086.60
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Dallas TX

TAX ID NO.: 20-2665382    (212) 836-8000    Fax (212) 836-8689

*Please detach bottom portion and return with payment.*

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Invoice No.: 14130562
Date      : 08/29/2011
**TOTAL DUE :   2,086.60**

Job No.   : 1405-191059
Case No.  : 2:08-CV-15
Aexsam vs. Pier 1 Imports

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

**MERRILL CORPORATION**

LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14130570 | 08/29/2011 | 1405-191061 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/19/2011 | LDA | 2:08-CV-15 |

| CASE CAPTION |
|---|
| Aexsam vs. Pier 1 Imports |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Dee Bradford                    260 Pages @        6.00/Page        1,560.00
        TotalTranscript                                                     40.00
        TotalTranscript Archive                                              7.50
        TotalTranscript Exhibits    363.00 Pages @         .40/Page        145.20
        Process/Delivery NL Rush                                            15.00

                                    TOTAL    DUE   >>>>               1,767.70
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Dallas TX

TAX ID NO.: 20-2665382                                      (202) 682-3626

*Please detach bottom portion and return with payment.*

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

Invoice No.: 14130570
Date       : 08/29/2011
**TOTAL DUE** :  1,767.70

Job No.    : 1405-191061
Case No.   : 2:08-CV-15
Aexsam vs. Pier 1 Imports

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

**MERRILL CORPORATION**

LegaLink, Inc.   311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14131293 | 09/19/2011 | 1407-191338 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/23/2011 | COURKY | 2:08-CV-00015- |
| CASE CAPTION ||||
| Alexsam Inc. vs. Pier 1 ||||
| TERMS ||||
| Immediate, sold FOB Merrill facility ||||

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    LaNaeya Stroud                         106 Pages @      2.75/Page         291.50
        TotalTranscript                                                        40.00
        TotalTranscript Archive                                                 7.50
        TotalTranscript Exhibits        139.00 Pages @       .40/Page          55.60
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Jeffrey Hutchison                      144 Pages @      2.75/Page         396.00
        TotalTranscript                                                        40.00
        TotalTranscript Archive                                                 7.50
        TotalTranscript Exhibits        196.00 Pages @       .40/Page          78.40

                                         TOTAL  DUE  >>>>                     916.50
```

Thank You.  We Appreciate Your Business.

Deposition Location: Louisville, KY

TAX ID NO.: 20-2665382    (212) 836-8000    Fax (212) 836-8689

*Please detach bottom portion and return with payment.*

---

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Invoice No.: 14131293
Date       : 09/19/2011
**TOTAL DUE** :    916.50

Job No.  : 1407-191338
Case No. : 2:08-CV-00015-CE
Alexsam Inc. vs. Pier 1

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

## MERRILL CORPORATION

**LegaLink, Inc.**
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14131288 | 09/19/2011 | 1407-191340 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/23/2011 | COURKY | 2:08-CV-00015- |

| CASE CAPTION |
|---|
| Alexsam Inc. vs. Pier 1 |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Tanya Helm                       90 Pages @      2.75/Page         247.50
        TotalTranscript                                                  40.00
        TotalTranscript Archive                                           7.50
        TotalTranscript Exhibits    130.00 Pages @    .40/Page           52.00
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Laura Houchens                   63 Pages @      2.75/Page         173.25
        TotalTranscript                                                  40.00
        TotalTranscript Archive                                           7.50
        TotalTranscript Exhibits    351.00 Pages @    .40/Page          140.40
        Process/Delivery NL                                              15.00
                                                                     ---------
                            TOTAL    DUE   >>>>                         723.15

Thank You.  We Appreciate Your Business.

Deposition Location: Louisville, KY
```

TAX ID NO.: 20-2665382     (212) 836-8000   Fax (212) 836-8689

*Please detach bottom portion and return with payment.*

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

```
Invoice No.: 14131288
Date       : 09/19/2011
TOTAL DUE  :    723.15


Job No.    : 1407-191340
Case No.   : 2:08-CV-00015-CE
Alexsam Inc. vs. Pier 1
```

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

## INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46442 | 9/29/2011 | 32296 |
| Job Date | Case No. | |
| 9/23/2011 | Civil Action No. 2:08-CV-00015-CE | |
| Case Name | | |
| Alexsam v. Pier 1 | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Alex Cheng (HIGHLY CONFIDENTIAL) | 165.00 | Pages @ | 4.80 | 792.00 |
| Next Business Day Delivery - O & 1 | | | | 712.80 |
| Exhibit | 292.00 | Pages @ | 0.35 | 102.20 |
| Appearance Fee | 1.00 | Day @ | 100.00 | 100.00 |
| Draft Transcript (ASCII) | 165.00 | Pages @ | 1.50 | 247.50 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |
| Discount for Transcript Pages | 165.00 | @ | -0.92 | -151.80 |

TOTAL DUE >>>   $1,857.70
AFTER 10/29/2011 PAY   $2,043.47

Reference No. : 12653
Ordered By  : Bill Sigler
              Kaye Scholer LLP
              The McPherson Building
              901 Fifteenth St. N.W.
              Suite 1100
              Washington, DC 20005-2327

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00

Tax ID: 53-0257990                Phone: (202) 682-3500   Fax:(202) 682-3580

*Please detach bottom portion and return with payment.*

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

Job No.   : 32296          BU ID      : DC-Field
Case No.  : Civil Action No. 2:08-CV-00015-CE
Case Name : Alexsam v. Pier 1

Invoice No. : 46442        Invoice Date : 9/29/2011
**Total Due : $ 1,857.70**

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO  Fax: 202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46510 | 9/28/2011 | 32298 |
| Job Date | Case No. | |
| 9/26/2011 | Civil Action No. 2:08-CV-00015-CE | |
| Case Name | | |
| Alexsam v. Pier 1 | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

1 CERTIFIED COPY OF TRANSCRIPT OF:
　Kristofer Swanson - Highly Confidential　　278.00 Pages　@　4.80　1,334.40
　　2 Business Day Delivery - O & 1　　　　　　　　　　　　　　　　1,067.52
　Exhibit　　　　　　　　　　　　　　　　445.00 Pages　@　0.35　155.75
　Appearance Fee　　　　　　　　　　　　　　1.00 Day　@　100.00　100.00
　Draft Transcript (ASCII)　　　　　　　　278.00 Pages　@　1.50　417.00
　Processing Fee　　　　　　　　　　　　　　1.00　　　　@　55.00　55.00
　Discount for Transcript Pages　　　　　278.00　　　　@　-0.87　-241.86

　　　　　　　　　　　　　　　　　　　　　TOTAL DUE >>>　　$2,887.81
　　　　　　　　　　　　　　　　　　　　　AFTER 10/28/2011 PAY　$3,176.59

Reference No. : 12654
Ordered By　 : Joseph Drayton
　　　　　　　　Kaye Scholer LLP
　　　　　　　　The McPherson Building
　　　　　　　　901 Fifteenth St. N.W.
　　　　　　　　Suite 1100
　　　　　　　　Washington, DC 20005-2327

(-) Payments/Credits:　　0.00
(+) Finance Charges/Debits:　　0.00

Tax ID: 53-0257990　　　　　　　　　　　　Phone: (202) 682-3500　Fax:(202) 682-3580

*Please detach bottom portion and return with payment.*

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

Job No.　 : 32298　　　　　BU ID　　: DC-Field
Case No.　: Civil Action No. 2:08-CV-00015-CE
Case Name : Alexsam v. Pier 1

Invoice No. : 46510　　　　Invoice Date : 9/28/2011
**Total Due : $ 2,887.81**

Remit To: **Alderson Reporting Company, Inc.**
　　　　　**1155 Connecticut Ave., NW**
　　　　　**Suite 200**
　　　　　**Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**　　AMEX　MasterCard　VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____　Phone#: _____
Billing Address: _____
Zip: _____　Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

**MERRILL CORPORATION**

LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14132186 | 10/10/2011 | 1405-192300 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/27/2011 | LDC | 2:08-CV-00015- |
| CASE CAPTION ||| 
| Alexsam Inc. vs. Pier 1 |||
| TERMS |||
| Immediate, sold FOB Merrill facility |||

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Gregory Smith                      227  Pages @      4.05/Page       919.35
       Unedited ASCII (RT)            227.00 Pages @    1.50/Page       340.50
       TotalTranscript                                                   40.00
       TotalTranscript Archive                                            7.50
       TotalTranscript Exhibits       180.00 Pages @     .40/Page        72.00
       Process/Delivery NL Rush                                          15.00
                                                                   _____
                              TOTAL    DUE   >>>>                     1,394.35
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Washington DC

TAX ID NO.: 20-2665382          (212) 836-8000    Fax (212) 836-8689

*Please detach bottom portion and return with payment.*

Jeffrey Saltman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Invoice No.: 14132186
Date       : 10/10/2011
**TOTAL DUE** : **1,394.35**

Job No.   : 1405-192300
Case No.  : 2:08-CV-00015-CE
Alexsam Inc. vs. Pier 1

Remit To:  LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

| | | |
|---|---|---|
| **MERRILL CORPORATION** | | |
| LegaLink, Inc. | 311 South Wacker Drive Suite 300 Chicago, IL 60606 Phone: 312.386.2000 Fax: 312.386.2275 | |

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14132250 | 10/12/2011 | 1405-192302 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/03/2011 | LDC | 2:08-CV-00015- |
| CASE CAPTION | | |
| Alexsam Inc. vs. Pier 1 | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

| | | | |
|---|---|---|---|
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF: | | | |
| Lori Breitzke | 352 Pages @ | 3.00/Page | 1,056.00 |
| TotalTranscript | | | 40.00 |
| TotalTranscript Archive | | | 7.50 |
| TotalTranscript Exhibits | 306.00 Pages @ | .40/Page | 122.40 |
| Process/Delivery NL Rush | | | 15.00 |
| | | TOTAL DUE >>>> | 1,240.90 |

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Washington DC

TAX ID NO.: 20-2665382                                        (202) 682-3626

*Please detach bottom portion and return with payment.*

Bill Sigler
Kaye Scholer
901 Fifteenth Street NW
Washington, DC 20005

Invoice No.:  14132250
Date       :  10/12/2011
**TOTAL DUE** :  1,240.90

Job No.   :  1405-192302
Case No.  :  2:08-CV-00015-CE
Alexsam Inc. vs. Pier 1

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46733 | 10/7/2011 | 32433 |
| **Job Date** | **Case No.** | |
| 10/4/2011 | Civil Action No. 2:08-CV-00015-CE | |
| | **Case Name** | |
| Alexsam v. Pier 1 | | |
| | **Payment Terms** | |
| Due upon receipt (1.5%/mo & collection) | | |

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Robert H. Baker Jr. HIGHLY CONFIDENTIAL | 258.00 | Pages | @ 4.80 | 1,238.40 |
| Next Business Day Delivery - O & 1 | | | | 1,114.56 |
| Exhibit | 344.00 | Pages | @ 0.35 | 120.40 |
| Appearance Fee | 1.00 | Day | @ 100.00 | 100.00 |
| Weekend/Evening Surcharge | 20.00 | Pages | @ 2.16 | 43.20 |
| Draft Transcript (ASCII) | 258.00 | Pages | @ 1.50 | 387.00 |
| Processing Fee | 1.00 | | @ 55.00 | 55.00 |
| Discount for Transcript Pages | 258.00 | | @ -0.92 | -237.36 |
| | | **TOTAL DUE >>>** | | **$2,821.20** |
| | | AFTER 11/6/2011 PAY | | $3,103.32 |

Reference No.  : 12655

(-) Payments/Credits:         0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:          2,821.20

Tax ID: 53-0257990                           Phone: (202) 682-3500   Fax:(202) 682-3580

*Please detach bottom portion and return with payment.*

Jessica Cummings
Kaye Scholer LLP
The McPherson Building
901 Fifteenth St. N.W.
Suite 1100
Washington, DC 20005-2327

Job No.    : 32433           BU ID      : DC-Field
Case No.   : Civil Action No. 2:08-CV-00015-CE
Case Name  : Alexsam v. Pier 1

Invoice No. : 46733          Invoice Date : 10/7/2011
**Total Due** : **$ 2,821.20**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC  20036**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: