# EXHIBIT 3

## SUSAN SIMMONS, CSR
Official Court Reporter
U.S. District Courts
100 East Houston Street
Marshall, Texas   75670
903/935-3868
SS# 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

November 9, 2011

REVISED TO SHOW REFUND

Mr. Alan M. Fisch  RE: 2:08-CV-15
Kaye Scholer LLP  Alexsam, Inc.
901 Fifteenth Street NW  VS.
Washington, DC   20005  Pier 1 Imports, Et Al

PAID IN FULL

| | |
|---|---|
| Trial Transcript (1579 pages) | $14,200.00 |
| Supply Fee | 300.00 |
| | **$14,500.00** |

PAID IN FULL

(Transcripts sent via e-mail)

Thank you!
(Please pay from this invoice.)

Gloria, please credit to 48134·0003·47. Thanks

michael

SUSAN SIMMONS, CSR
100 East Houston, Suite 125
Marshall, Texas 75670
903.935.3868
S.S.# 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

October 10, 2011

Mr. Alan M. Fisch                         RE: 2:08-CV-15
KAYE SCHOLER LLP                          Alexsam, Inc.
901 Fifteenth Street NW                   Vs.
Washington, DC  20005                     Pier 1 Imports, Inc., Et Al

### DEFENDANT'S PORTION OF BILL

The following is a request for deposit for Daily Copy, hook-up to realtime feed, copy for clerk's office, and key-word index for the above-mentioned trial.

| | |
|---|---:|
| 6 days of trial | $16,200.00 |
| (This is 300 pages per day at $9.00 per page) | |
| Set-up and Supply Fee (Non-refundable) | 300.00 |
| **TOTAL DUE** | **$16,500.00** |

(If case settles, total amount will be refunded except for set-up and supply fee.)

THANK YOU!!