# EXHIBIT 6



10-28-11

| | | | | |
|---|---|---|---|---|
| Kaye Scholer LLP | Folio No. : 44623 | | Room No. : 9001 | |
| 901 Fifteenth Street, NW | A/R Number : SCHOLER | | Arrival : 10-12-11 | |
| Washington DC 20005 | Group Code : KSL | | Departure : 10-26-11 | |
| US DESCRIPTION | Company : | | Conf. No. : | |
| | Membership No. : | | Rate Code : | |
| | Invoice No. : 3071 | | Page No. : 1 of 26 | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-16-11 | *Accommodation | 125 Lisa Vanamburgh | 109.00 | |
| 10-16-11 | State Occupancy Tax | 125 Lisa Vanamburgh | 6.54 | |
| 10-16-11 | City Occupancy Tax | 125 Lisa Vanamburgh | 7.63 | |
| 10-17-11 | *Accommodation | 125 Lisa Vanamburgh | 109.00 | |
| 10-17-11 | State Occupancy Tax | 125 Lisa Vanamburgh | 6.54 | |
| 10-17-11 | City Occupancy Tax | 125 Lisa Vanamburgh | 7.63 | |
| 10-18-11 | *Accommodation | 125 Lisa Vanamburgh | 109.00 | |
| 10-18-11 | State Occupancy Tax | 125 Lisa Vanamburgh | 6.54 | |
| 10-18-11 | City Occupancy Tax | 125 Lisa Vanamburgh | 7.63 | |
| 10-19-11 | *Accommodation | 125 Lisa Vanamburgh | 109.00 | |
| 10-19-11 | State Occupancy Tax | 125 Lisa Vanamburgh | 6.54 | |
| 10-19-11 | City Occupancy Tax | 125 Lisa Vanamburgh | 7.63 | |
| 10-20-11 | *Accommodation | 125 Lisa Vanamburgh | 109.00 | |
| 10-20-11 | State Occupancy Tax | 125 Lisa Vanamburgh | 6.54 | |
| 10-20-11 | City Occupancy Tax | 125 Lisa Vanamburgh | 7.63 | |

**REDACTED**

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| Kaye Scholer LLP | Folio No. | : 44623 | Room No. | : 9001 |
| 901 Fifteenth Street, NW | A/R Number | : SCHOLER | Arrival | : 10-12-11 |
| Washington DC 20005 | Group Code | : KSL | Departure | : 10-26-11 |
| US DESCRIPTION | Company | : | Conf. No. | : |
| | Membership No. | : | Rate Code | : |
| | Invoice No. | : 3071 | Page No. | : 3 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|

**REDACTED**

| 10-16-11 | *Accommodation | 146 Shaune Vaughn | 109.00 | |
| 10-16-11 | State Occupancy Tax | 146 Shaune Vaughn | 6.54 | |
| 10-16-11 | City Occupancy Tax | 146 Shaune Vaughn | 7.63 | |
| 10-17-11 | Gift Shop | 146 Shaune Vaughn | 1.84 | |
| 10-17-11 | Sales Tax | 146 Shaune Vaughn | 0.15 | |
| 10-17-11 | *Accommodation | 146 Shaune Vaughn | 109.00 | |
| 10-17-11 | State Occupancy Tax | 146 Shaune Vaughn | 6.54 | |
| | | 146 Shaune Vaughn | | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | | |
|---|---|---|---|
| Kaye Scholer LLP<br>901 Fifteenth Street, NW<br>Washington DC 20005<br>US DESCRIPTION | Folio No. : 44623<br>A/R Number : SCHOLER<br>Group Code : KSL<br>Company :<br>Membership No. :<br>Invoice No. : 3071 | Room No. : 9001<br>Arrival : 10-12-11<br>Departure : 10-26-11<br>Conf. No. :<br>Rate Code :<br>Page No. : 11 of 26 | |

| Date | Description | Charges | Credits |
|---|---|---|---|

**REDACTED**

| | | | |
|---|---|---|---|
| 10-16-11 | *Accommodation | 224 Tiffany Barclay | 109.00 |
| 10-16-11 | State Occupancy Tax | 224 Tiffany Barclay | 6.54 |
| 10-16-11 | City Occupancy Tax | 224 Tiffany Barclay | 7.63 |
| 10-17-11 | *Accommodation | 224 Tiffany Barclay | 109.00 |
| 10-17-11 | State Occupancy Tax | 224 Tiffany Barclay | 6.54 |
| 10-17-11 | City Occupancy Tax | 224 Tiffany Barclay | 7.63 |
| 10-18-11 | *Accommodation | 224 Tiffany Barclay | 109.00 |
| | | 224 Tiffany Barclay | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP<br>901 Fifteenth Street, NW<br>Washington DC 20005<br>US DESCRIPTION | Folio No. : 44623<br>A/R Number : SCHOLER<br>Group Code : KSL<br>Company :<br>Membership No. :<br>Invoice No. : 3071 | Room No. : 9001<br>Arrival : 10-12-11<br>Departure : 10-26-11<br>Conf. No. :<br>Rate Code :<br>Page No. : 12 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-18-11 | State Occupancy Tax | | 6.54 | |
| 10-18-11 | City Occupancy Tax | 224 Tiffany Barclay | 7.63 | |
| 10-19-11 | *Accommodation | 224 Tiffany Barclay | 109.00 | |
| 10-19-11 | State Occupancy Tax | 224 Tiffany Barclay | 6.54 | |
| 10-19-11 | City Occupancy Tax | 224 Tiffany Barclay | 7.63 | |
| 10-20-11 | *Accommodation | 224 Tiffany Barclay | 109.00 | |
| 10-20-11 | State Occupancy Tax | 224 Tiffany Barclay | 6.54 | |
| 10-20-11 | City Occupancy Tax | 224 Tiffany Barclay | 7.63 | |

**REDACTED**

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP<br>901 Fifteenth Street, NW<br>Washington DC 20005<br>US DESCRIPTION | Folio No. : 44623<br>A/R Number : SCHOLER<br>Group Code : KSL<br>Company :<br>Membership No. :<br>Invoice No. : 3071 | Room No. : 9001<br>Arrival : 10-12-11<br>Departure : 10-26-11<br>Conf. No. :<br>Rate Code :<br>Page No. : 15 of 26 |

| Date | Description | Charges | Credits |
|---|---|---|---|

**REDACTED**

| Date | Description | | Charges |
|---|---|---|---|
| 10-15-11 | *Accommodation | 233 Mark Willis | 109.00 |
| 10-15-11 | State Occupancy Tax | 233 Mark Willis | 6.54 |
| 10-15-11 | City Occupancy Tax | 233 Mark Willis | 7.63 |
| 10-16-11 | *Accommodation | 233 Mark Willis | 109.00 |
| 10-16-11 | State Occupancy Tax | 233 Mark Willis | 6.54 |
| 10-16-11 | City Occupancy Tax | 233 Mark Willis | 7.63 |
| 10-17-11 | *Accommodation | 233 Mark Willis | 109.00 |
| 10-17-11 | State Occupancy Tax | 233 Mark Willis | 6.54 |
| | | 233 Mark Willis | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| **Kaye Scholer LLP** | Folio No. : 44623 | Room No. : 9001 |
| 901 Fifteenth Street, NW | A/R Number : SCHOLER | Arrival : 10-12-11 |
| Washington DC 20005 | Group Code : KSL | Departure : 10-26-11 |
| **US DESCRIPTION** | Company : | Conf. No. : |
| | Membership No. : | Rate Code : |
| | Invoice No. : 3071 | Page No. : 16 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---|
| 10-17-11 | City Occupancy Tax | | 7.63 | |
| 10-18-11 | *Accommodation | 233 Mark Willis | 109.00 | |
| 10-18-11 | State Occupancy Tax | 233 Mark Willis | 6.54 | |
| 10-18-11 | City Occupancy Tax | 233 Mark Willis | 7.63 | |
| 10-19-11 | *Accommodation | 233 Mark Willis | 109.00 | |
| 10-19-11 | State Occupancy Tax | 233 Mark Willis | 6.54 | |
| 10-19-11 | City Occupancy Tax | 233 Mark Willis | 7.63 | |
| 10-20-11 | *Accommodation | 233 Mark Willis | 109.00 | |
| 10-20-11 | State Occupancy Tax | 233 Mark Willis | 6.54 | |
| 10-20-11 | City Occupancy Tax | 233 Mark Willis | 7.63 | |

**REDACTED**

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP<br>901 Fifteenth Street, NW<br>Washington DC 20005<br>US DESCRIPTION | Folio No. : 44623<br>A/R Number : SCHOLER<br>Group Code : KSL<br>Company :<br>Membership No. :<br>Invoice No. : 3071 | Room No. : 9001<br>Arrival : 10-12-11<br>Departure : 10-26-11<br>Conf. No. :<br>Rate Code :<br>Page No. : 19 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-14-11 | City Occupancy Tax | | 9.03 | |
| 10-15-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-15-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-15-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-16-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-16-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-16-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-17-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-17-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-17-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-18-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-18-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-18-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-19-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-19-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-19-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-20-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-20-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-20-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-21-11 | *Accommodation | 305 Lori Breitzke | 129.00 | |
| 10-21-11 | State Occupancy Tax | 305 Lori Breitzke | 7.74 | |
| 10-21-11 | City Occupancy Tax | 305 Lori Breitzke | 9.03 | |
| 10-14-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-14-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-14-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| | | 307 Greg Smith | | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | | |
|---|---|---|---|
| Kaye Scholer LLP | Folio No. : 44623 | Room No. : | 9001 |
| 901 Fifteenth Street, NW | A/R Number : SCHOLER | Arrival : | 10-12-11 |
| Washington DC 20005 | Group Code : KSL | Departure : | 10-26-11 |
| US DESCRIPTION | Company : | Conf. No. : | |
| | Membership No. : | Rate Code : | |
| | Invoice No. : 3071 | Page No. : | 20 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-15-11 | Gift Shop | | 1.99 | |
| 10-15-11 | Sales Tax | 307 Greg Smith | 0.16 | |
| 10-15-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-15-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-15-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| 10-16-11 | Gift Shop | 307 Greg Smith | 2.39 | |
| 10-16-11 | Sales Tax | 307 Greg Smith | 0.20 | |
| 10-16-11 | Gift Shop | 307 Greg Smith | 1.39 | |
| 10-16-11 | Sales Tax | 307 Greg Smith | 0.11 | |
| 10-16-11 | Gift Shop | 307 Greg Smith | 4.99 | |
| 10-16-11 | Sales Tax | 307 Greg Smith | 0.41 | |
| 10-16-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-16-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-16-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| 10-17-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-17-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-17-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| 10-18-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-18-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-18-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| 10-19-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-19-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| 10-19-11 | City Occupancy Tax | 307 Greg Smith | 8.33 | |
| 10-20-11 | *Accommodation | 307 Greg Smith | 119.00 | |
| 10-20-11 | State Occupancy Tax | 307 Greg Smith | 7.14 | |
| | | 307 Greg Smith | | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP | Folio No. : 44623 | Room No. : 9001 |
| 901 Fifteenth Street, NW | A/R Number : SCHOLER | Arrival : 10-12-11 |
| Washington DC 20005 | Group Code : KSL | Departure : 10-26-11 |
| US DESCRIPTION | Company : | Conf. No. : |
| | Membership No. : | Rate Code : |
| | Invoice No. : 3071 | Page No. : 22 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|

**REDACTED**

| Date | Description | | Charges | |
|---|---|---|---|---|
| 10-15-11 | *Accommodation | 324 Mik | 109.00 | |
| 10-15-11 | State Occupancy Tax | 324 Mik | 6.54 | |
| 10-15-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-16-11 | *Accommodation | 324 Mike Hasty | 109.00 | |
| 10-16-11 | State Occupancy Tax | 324 Mike Hasty | 6.54 | |
| 10-16-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-17-11 | *Accommodation | 324 Mike Hasty | 109.00 | |
| 10-17-11 | State Occupancy Tax | 324 Mike Hasty | 6.54 | |
| 10-17-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-18-11 | *Accommodation | 324 Mike Hasty | 109.00 | |
| 10-18-11 | State Occupancy Tax | 324 Mike Hasty | 6.54 | |
| 10-18-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-19-11 | *Accommodation | 324 Mike Hasty | 109.00 | |
| 10-19-11 | State Occupancy Tax | 324 Mike Hasty | 6.54 | |
| 10-19-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-20-11 | *Accommodation | 324 Mike Hasty | 109.00 | |
| 10-20-11 | State Occupancy Tax | 324 Mike Hasty | 6.54 | |
| 10-20-11 | City Occupancy Tax | 324 Mike Hasty | 7.63 | |
| 10-23-11 | *Accommodation | 324 Jeff Hutchinson | 109.00 | |
| | | 324 Jeff Hutchinson | | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP<br>901 Fifteenth Street, NW<br>Washington DC 20005<br>US DESCRIPTION | Folio No.         : 44623<br>A/R Number   : SCHOLER<br>Group Code    : KSL<br>Company       :<br>Membership No. :<br>Invoice No.     : 3071 | Room No.  : 9001<br>Arrival         : 10-12-11<br>Departure  : 10-26-11<br>Conf. No.   :<br>Rate Code  :<br>Page No.    : 25 of 26 |

| Date | Description | Charges | Credits |
|---|---|---|---|

**REDACTED**

| Date | Description | | Charges |
|---|---|---|---|
| 10-15-11 | *Accommodation | 329 Jeff Hutchinson | 109.00 |
| 10-15-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 |
| 10-15-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 |
| 10-16-11 | *Accommodation | 329 Jeff Hutchinson | 109.00 |
| 10-16-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 |
| 10-16-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 |
| 10-17-11 | *Accommodation | 329 Jeff Hutchinson | 109.00 |
| 10-17-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 |
| 10-17-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 |
| | | 329 Jeff Hutchinson | |

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702



10-28-11

| | | |
|---|---|---|
| Kaye Scholer LLP | Folio No. : 44623 | Room No. : 9001 |
| 901 Fifteenth Street, NW | A/R Number : SCHOLER | Arrival : 10-12-11 |
| Washington DC 20005 | Group Code : KSL | Departure : 10-26-11 |
| US DESCRIPTION | Company : | Conf. No. : |
| | Membership No. : | Rate Code : |
| | Invoice No. : 3071 | Page No. : 26 of 26 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-18-11 | *Accommodation | | 109.00 | |
| 10-18-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 | |
| 10-18-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 | |
| 10-19-11 | *Accommodation | 329 Jeff Hutchinson | 109.00 | |
| 10-19-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 | |
| 10-19-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 | |
| 10-20-11 | *Accommodation | 329 Jeff Hutchinson | 109.00 | |
| 10-20-11 | State Occupancy Tax | 329 Jeff Hutchinson | 6.54 | |
| 10-20-11 | City Occupancy Tax | 329 Jeff Hutchinson | 7.63 | |
| 10-23-11 | *Accommodation | 329 Lisa Vanamburgh | 109.00 | |
| 10-23-11 | State Occupancy Tax | 329 Lisa Vanamburgh | 6.54 | |
| 10-23-11 | City Occupancy Tax | 329 Lisa Vanamburgh | 7.63 | |
| 10-23-11 | *Accommodation | 337 Mark Willis | 109.00 | |
| 10-23-11 | State Occupancy Tax | 337 Mark Willis | 6.54 | |
| 10-23-11 | City Occupancy Tax | 337 Mark Willis | 7.63 | |
| 10-12-11 | Deposit Transfer at Check-In | 9001 Kaye Scholer LLP | | 4,858.00 |
| | | Total | 27,884.07 | 4,858.00 |
| | | Balance | 23,026.07 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702