**EXHIBIT 7**



# Invoice

| Date | Invoice # |
|---|---|
| 10/05/2011 | QBC000744 |

**1750 H Street NW, Suite 100**
**Washington, DC 20005**

**202-393-0399**

WE HAVE MOVED. PLEASE NOTE OUR NEW ADDRESS.

| Bill To |
|---|
| Kaye Scholer |
| Jessica Cummings |
| 901 15th St. NW |
| Washington DC 20005 |

| Project Number |
|---|
| HLPKS014012 |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| | Project 1: | | |
| 504 | Blowback Prints- color | 0.75 | 378.00T |
| 9478 | Blowback Prints - black & white on color copy paper | 0.08 | 758.24T |
| 399 | Custom Folders | 0.75 | 299.25T |
| 6 | Custom Redweld | 1.90 | 11.40T |
| | Project 2: | | |
| 29652 | Blowback Prints - black & white | 0.06 | 1779.12T |
| 379 | Custom Folders | 0.75 | 284.25T |
| 26 | Custom Redweld | 1.90 | 49.40T |
| | Project 3: | | |
| 19768 | Blowback Prints - black & white | 0.06 | 1186.08T |
| 812 | Standard Tabs | 0.25 | 203.00T |
| 12 | 5" Black Binders | 30.95 | 371.40T |
| | Project 4: | | |
| 41444 | Blowback Prints - black & white | 0.06 | 2486.64T |
| 810 | Standard Tabs | 0.25 | 202.50T |
| 22 | 5" Black Binders | 30.95 | 680.90T |
| 2 | 3" Black Binders | 9.95 | 19.90T |
| | RE: 48134.0003 | | |

| | |
|---|---:|
| **Subtotal** | $8710.08 |
| **Sales Tax(6.00%)** | $522.60 |
| **Total** | $9232.68 |

WE HAVE MOVED. Please remit payment to our new Washington DC address above. HLP Integration thanks you for the opportunity to work with you. TAX ID 26-1352198

**www.hlpintegration.com**